UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_Panama City_ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

_First Amended Complaint_

Thomas Cleveland Williams,

Inmate # _071527_
(Enter full name of Plaintiff)

PROVIDED TO AVON PARK
CORRECTIONAL INSTITUTION
ON _11-21-10_ FOR MAILING.

vs.

Administrator Lt.
Karla Jo Brock,
Washington County Jail,

_____,

_____.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

CASE NO: _5:10cv83/RS-GRJ_
(To be assigned by Clerk)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

Rec'd 1201'10 UsDcFln1AM1130

Filed 1129'10 UsDcFln5AM1052

## I. PLAINTIFF:

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Thomas Cleveland Williams
Inmate Number: 071527  0-2115-4
Prison or Jail: Avon Park Correctional Institution
Mailing address: P.O. Box 1100
Avon Park, Florida
33826-1100

## II. DEFENDANT(S):

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: Lt. Karla Jo Brock
    Official position: Jail Administrator
    Employed at: Washington County Jail
    Mailing address: 2101 Brickhouse Rd
    Chipley, Florida 32428

(2) Defendant's name: ____
    Official position: ____
    Employed at: ____
    Mailing address: ____

(3) Defendant's name: ____
    Official position: ____
    Employed at: ____
    Mailing address: ____

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

NOTE: THE COURT WILL NOT REVIEW THE MERITS OF THE COMPLAINT UNLESS THE FOLLOWING QUESTIONS HAVE BEEN ANSWERED REGARDING EXHAUSTION OF ADMINISTRATIVE REMEDIES AND ANY PRIOR LAWSUITS THAT HAVE BEEN FILED.

### III.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff must submit copies of all grievances, appeals, and responses with this complaint to verify exhaustion. Failure to demonstrate exhaustion may be grounds for dismissal.

**A.  DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?**

Yes( )            No(X)

[If your answer is NO, proceed to Question B. If your answer is YES, answer all of the following questions in this subsection.]

**1.  Informal Grievance**

a. Did you submit an informal grievance?

Yes( )            No( )

❖ If so, you must attach a copy of the grievance and response; exhibit _____.

b. If not, why? _____

**2.  Formal Grievance**

a. Did you submit a formal grievance?

Yes( )            No( )

❖ If so, you must attach a copy of the grievance and response; exhibit _____.

b. If not, why? _____

**3.  Appeal to the Office of the Secretary**

a. Did you submit an appeal to the Office of the Secretary?

Yes( )            No( )

❖ If so, you must attach a copy of the appeal and response; exhibit _____.

b. If not, why? _____

3

4. **Disciplinary Actions**

   a. Did you have a disciplinary hearing concerning this matter?

      Yes( )           No( )

      ❖ If so, you must attach a copy of the disciplinary report and disciplinary hearing team's findings and decision to this form; exhibit _____.

   b. Did you lose gaintime as a result of the disciplinary hearing?

      Yes( )           No( )

   c. Has the gaintime since been restored?

      Yes( )           No( )

B. **DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN A COUNTY JAIL OR DETENTION CENTER?**

   Yes(✗)           No( )

   [If your answer is NO, proceed to Section IV of the complaint form. If your answer is YES, answer the following questions.]

   1. Is there a grievance procedure at your institution or jail?

      Yes( )           No(✗)

   [If your answer is NO, proceed to Section IV of the complaint form. If your answer is YES, answer all of the following questions in this subsection.]

   2. Did you submit a grievance concerning the facts relating to your complaint?

      Yes( )           No(✗)

   3. If your answer is YES:

      a. What steps did you take? _____

      b. What were the results? _____

      ❖ If so, you must attach a copy of the grievance and response; exhibit _____.

   4. If your answer is NO, explain why not: _Because I didn't know what she did until I was in the Florida Dept. of Corrections_

4

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

**IV. PREVIOUS LAWSUITS**

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )　　　　　　　　　　No(X)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. Name of judge: _____  Case #: _____
3. County and judicial circuit: _____
4. Name of judge: _____
5. Approximate filing date: _____
6. If not still pending, date of dismissal: _____
7. Reason for dismissal: _____
8. Facts and claims of case: _____

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )　　　　　　　　　　No(X)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____  Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B))* in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes[X]        No[ ]

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): Thomas C Williams 071527
   b. Defendant(s): State of Florida
2. District and judicial division: 14th judicial circuit Washington County
3. Name of judge: Allen Register     Case #: 92-254-CF
4. Approximate filing date: 4/21/09 ?
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: Correction of illegal sentence that was granted on 3/10/09, and was released from the court room!

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )        No[X]

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case Docket # _____
4. Approximate filing date: _____ Dismissal date: _____
5. Reason for dismissal: _____

**(Attach additional pages as necessary to list cases.)**

6

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

(1) On 7/14/02, I was arrested on an violation of probation for the Sheriff of Washington County, Florida, on a warrant the sheriff of Washington County transferred to Pasco County, Florida sometime earlier the year, and a unrelated charge. At arraignment on both charges the next day in Pasco County, I was denied bond on both charges because of the warrant from the sheriff of Washington County. So I was being held as a Washington County inmate at this time 7/14/02. So when I go to court for the violation on 2/26/09 I was still an inmate of Washington County sheriff, because of their hold was never removed on Case # 92-254-CF. So when the Honorable, Allen Register Circuit Judge, sentenced me on the violation to 3 years to the Florida Department of corrections [F.D.O.C.], with all present incarceration. At this time I asked his Honor, if all present incarceration meant 2418 days, and his Honor said, "word for word, as close as I recall, but without the documentation this court denied me, it maybe off a word or so." To the best of my knowledge Mr. Williams this court is awarding you enough credit time served to go to North West Florida Reception Center (N.W.F.R.C.) get processed in and processed out in the same day. It's been a very long 17 years, Good Luck." So I asked his Honor again if all present incarceration meant 2418 days, and his Honor said he didn't know the exact number of days I was, that he would send it to the Washington County jail for them to compute All Present Incarceration, but he would fill out a transport order for Modday 3/2/09 so I could be with my loved ones Monday afternoon.

(2) So when his Honor sent the court order to compute All

7

6.  Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

Present Incarceration to Washington County Jail Administrator Lt. Karla Jo Brock, He meant all present incarceration from the arrest in 7/14/02, or his Honor would not have said I'd be processed in and out of the F.D.O.C. if his intentions was not so.

(2) But when Administrator Lt. Karla Jo Brock got the court order to compute All Present Incarceration. She took it to mean the 6 days I was in the Washington County Jail, Not the 2418 days I was in the custody of the Washington County Sheriff from 7/14/02 to 2/26/09, from the time I was arrested for the violation. Which should have been in the Washington county jail file, if not there, then in the files of the Sheriff of Washington County, which the jail falls under anyway!

(3) So when I got to the N.W.F.R.C. they did process me in, and started the processing out. But when the F.D.O.C. recieved my commetment paper from Washington County Jail Administrator Lt. Karla Jo Brock only computed 6 days of All Present Incarceration that I had spent in the Washington County Jail, not the 2418 days I was in the custody of Washington County Sheriff on the charge as the Honorable Judge Allen L. Register order. All Present Incarceration, not just the time I was in the Washington County Jail, but all the time I was in the custody of the

Washington County Sheriff.

(4) Then I filed a motion to correct an illegal sentence, that was granted on 8/10/09, 162 days I was denied my rights of Freedom, because Lt. Karla Jo Brock failed as the Administrator of the Washington County Jail. Administrator Lt. Karla Jo Brock took the freedom when she didn't compute all The Time I Was In The Custody of Washington County Sheriff from 7/14/02 to 5/26/09, as Judge Register had ordered, and should have been in a file filed maintained by the Sheriff of Washington County.

## VI.  STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

*My Rights to Freedom and every thing that come's with that Right.*

## VII.  RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

*I'll settle out of court for $162,800.00 p tax free plus all court cost or if thay fight it I seek $5,000,000.00 for the lost freedom I should of had 3/2/09*

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

11/21/10
(Date)

*Thomas C Williams*
(Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the _21_ day of _November_, 20_10_.

*Thomas C Williams*
(Signature of Plaintiff)

Revised 07/02

8

Thomas C. Williams 071527 O-21154
Liberty Park Correctional Institution
P.O. Box 1100
Liberty Park, Florida
33826-1100

Mailed From A State
Correctional
Institution



Clerk, U.S. District Court
30 Government Street
Panama City, Florida
32401-2758