IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THOMAS CLEVELAND WILLIAMS,

    Plaintiff,

v.                                                                   CASE NO. 5:10-cv-83-RS-GRJ

KARLA JO BROCK,

    Defendant.

_____/

## O R D E R

This case is before the Court on Doc. 44, Defendant's motion to strike Plaintiff's amended motion for summary judgment for failure to comply with the requirements of Fed. R. Civ. P. 56 and the local rules.  Plaintiff has not responded to the motion to strike.  The Court finds that the motion to strike is due to be granted for the reasons stated in the motion.  Further, the Court finds that Plaintiff's amended motion for summary judgment is premature, because discovery in this case is ongoing.  Accordingly, it is **ORDERED:**

That Defendants' motion to strike, Doc. 44, is **GRANTED**, and Plaintiff's amended motion for summary judgment, Doc. 41, is **STRICKEN**.

**DONE AND ORDERED** this 6th day of June 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge