IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THOMAS CLEVELAND WILLIAMS,

    Plaintiff,

vs.                                        CASE NO. 5:10-cv-83/RS-GRJ

LT. KARLA JO BROCK,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 58). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The parties' motions for summary judgment (Docs. 49 & 50) are **DENIED**.

3. This case is referred to the Magistrate Judge for further proceedings including, if appropriate, the filing of renewed and revised motions for summary judgment.

**ORDERED** on February 3, 2012.

                                               /S/ Richard Smoak
                                               **RICHARD SMOAK**
                                               **UNITED STATES DISTRICT JUDGE**