IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THOMAS CLEVELAND WILLIAMS,

    Plaintiff,

v.    CASE NO. 5:10-cv-83-RS-GRJ

LT. KARLA JO BROCK,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 81). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant's Motion for Summary Judgment (Doc. 70) is **GRANTED**.

3. The case is **DISMISSED with prejudice.**

4. The clerk is directed to close the file.

**ORDERED** on February 11, 2013.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**